HON. JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SURFCAST INC.,

    *Plaintiff,*

vs.

MICROSOFT CORPORATION,

    *Defendant.*

Case No. 2:22-cv-01298-JHC

**STIPULATION AND ORDER REGARDING STAY**

STIPULATION AND ORDER REGARDING STAY
(2:22-cv-01298-JHC)

SIDLEY AUSTIN LLP
8426 316th Place Southeast
Issaquah, WA 98027
TEL. (415) 439-1799

WHEREAS, SurfCast Inc. has asserted claims in U.S. Patent Nos. 9,032,317; 9,043,712; 9,363,338; and 9,946,434 (the "patents-in-suit");

WHEREAS, Defendant Microsoft Corporation filed four petitions for *inter partes* review ("IPR") on February 10, 2022 challenging all claims of the patents-in-suit;

WHEREAS, the Patent Trial and Appeal Board ("PTAB") instituted those IPRs on October 7, 2022, and is expected to issue a final written decision within one year thereafter;

WHEREAS, Microsoft has indicated its intent to move to stay this case pending final resolution of the IPR proceedings and SurfCast does not oppose such a stay;

WHEREAS, this case is in an early stage, claim construction has not yet occurred, and courts in this district routinely stay patent litigation matters involving parallel PTAB proceedings, *see, e.g., O'Brien v. Microsoft Corporation*, No. C19-01625RAJ (W.D. Wash. Oct. 13, 2020); *SRC Labs, LLC v. Microsoft Corp.,* No. C18-0321JLR (W.D. Wash. Nov. 20, 2018); *Uniloc USA, Inc. v. HTC Am., Inc.,* No. C17-1558JLR (W.D. Wash. Aug. 23, 2018); *Recognicorp, LLC v. Nintendo Co. Ltd.*, No. C12-1873, 2013 WL 2099518, at *3 (W.D. Wash. May 8, 2013);

WHEREAS, in the interest of avoiding unnecessary motion practice, and to conserve judicial resources, the parties have agreed to stay this case pending final resolution of the IPR proceedings;

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that this case is stayed pending final resolution, including any appeals, of the IPR proceedings on the patents-in-suit. Each party reserves the right to request that the stay be lifted or modified for good cause due to changed circumstances affecting the IPRs.

DATED this 12th day of October, 2022.

STIPULATION AND ORDER REGARDING STAY
(2:22-cv-01298-JHC)                                   1

SIDLEY AUSTIN LLP
8426 316th Place Southeast
Issaquah, WA 98027
TEL. (415) 439-1799

| | | |
|---|---|---|
| 1 | **SIDLEY AUSTIN LLP** | **KELLER ROHRBACK LLP** |
| 2 | By:*s/ Robin E. Wechkin* | By:*s/ Ryan McDevitt* |

SIDLEY AUSTIN LLP

Robin E. Wechkin (SBN 24746)
SIDLEY AUSTIN LLP
8426 316th Place Southeast
Issaquah, WA 98027
Telephone: (415) 439-1799
Email:  rwechkin@sidley.com

*Attorney for Defendant*
*Microsoft Corporation*

KELLER ROHRBACK LLP

Ryan McDevitt
KELLER ROHRBACK LLP
1201 Third Avenue
Suite 3200
Seattle, WA 98101
Telephone: (206-623-1900)
Email: rmcdevitt@kellerrohrback.com

Brian S. Seal
Taft Stettinius & Hollister LLP
200 Massachusetts Avenue, NW
Suite 500
Washington, D.C. 20001
Telephone: 202-664-1537
Email: bseal@taftlaw.com

*Attorneys for Plaintiff SurfCast Inc.*

STIPULATION AND ORDER REGARDING STAY
(2:22-cv-01298-JHC)

2

SIDLEY AUSTIN LLP
8426 316th Place Southeast
Issaquah, WA 98027
TEL. (415) 439-1799

# ORDER

IT IS SO ORDERED. This case is STAYED pending final resolution, including any appeals, of the IPR proceedings on the patents-in-suit. All case deadlines are VACATED.

The parties shall file a status report every six (6) months updating the Court as to the status of the IPR proceedings.

DATED this 12th day of October, 2022

*[signature: John H. Chun]*

THE HONORABLE JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Presented by:

**SIDLEY AUSTIN LLP**

By: *s/ Robin E. Wechkin*

Robin E. Wechkin (SBN 24746)
SIDLEY AUSTIN LLP
8426 316th Place Southeast
Issaquah, WA 98027
Telephone: (415) 439-1799
Email: rwechkin@sidley.com

*Attorney for Defendant
Microsoft Corporation*

**KELLER ROHRBACK LLP**

By: *s/ Ryan McDevitt*

Ryan McDevitt
KELLER ROHRBACK LLP
1201 Third Avenue
Suite 3200
Seattle, WA 98101
Telephone: (206-623-1900)
Email: rmcdevitt@kellerrohrback.com

Brian S. Seal
Taft Stettinius & Hollister LLP
200 Massachusetts Avenue, NW
Suite 500
Washington, D.C. 20001
Telephone: 202-664-1537
Email: bseal@taftlaw.com

*Attorneys for Plaintiff SurfCast Inc.*

STIPULATION AND ORDER REGARDING STAY
(2:22-cv-01298-JHC)     3

SIDLEY AUSTIN LLP
8426 316th Place Southeast
Issaquah, WA 98027
TEL. (415) 439-1799